ALICE CAMPOS MERCADO, Bar No. 4555
TODD ALEXANDER, Bar No. 10846
LEMONS, GRUNDY & EISENBERG
6005 Plumas Street, Suite 300
Reno, Nevada 89519-6069
Telephone: (775) 786-6868
Facsimile:   (775) 786-9716
acm@lge.net; tra@lge.net

Attorneys for Defendants
Mt. Grant General Hospital,
Juanchichos Ventura, M.D., and
Daniel Williams, M.D.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*****

| | |
|---|---|
| HATTIE BROWN, individually and as the co-guardian of Plaintiff EUGENE BROWN, an incapacitated adult, and TROY BROWN, as co guardian,<br><br>Plaintiffs,<br><br>vs.<br><br>MT. GRANT GENERAL HOSPITAL; RENOWN REGIONAL MEDICAL CENTER; JUANCHICHOS T. VENTURA, M.D.; DANIEL A. WILLIAMS, JR., M.D.;<br><br>Defendants. | Case No. 3:12-cv-00461-LRH-WGC<br><br>**NOTICE OF DISASSOCIATION AND ASSOCIATION OF COUNSEL** |

TO:  The Clerk of the above-entitled court, and to all parties and their attorneys of record:

NOTICE IS HEREBY GIVEN that attorney Tiffinay Barker Pagni is no longer associated as counsel for defendants Mt. Grant General Hospital, Juanchichos T. Ventura, M.D., and Daniel A. Williams, Jr., M.D.

Accordingly, defendants Mt. Grant General Hospital, Juanchichos T. Ventura, M.D., and Daniel A. Williams, Jr., M.D., request that Tiffinay Barker Pagni be taken off of lists for service of pleadings, notices, orders and other documents.

///

///

LEMONS, GRUNDY
& EISENBERG
6005 Plumas Street
Third Floor
Reno, Nevada 89519
(775) 786-6868
Fax (775) 786-9716

NOTICE IS ALSO HEREBY GIVEN that attorney Todd Alexander is associated in this case as counsel for defendants Mt. Grant General Hospital, Juanchichos T. Ventura, M.D., and Daniel A. Williams, Jr., M.D.

Accordingly, defendants Mt. Grant General Hospital, Juanchichos T. Ventura, M.D., and Daniel A. Williams, Jr., M.D., request that Todd Alexander be added to lists for service of pleadings, notices, orders and other documents.

DATED this 9th day of July, 2013

LEMONS, GRUNDY & EISENBERG

By: _____
ALICE CAMPOS MERCADO
TODD ALEXANDER

Attorneys for Defendants
MT. GRANT GENERAL HOSPITAL,
JUANCHICHOS VENTURA, M.D., and
DANIEL A. WILLIAMS, JR., M.D.

IT IS SO ORDERED.

DATED: July 9, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

LEMONS, GRUNDY & EISENBERG
6005 Plumas Street
Third Floor
Reno, Nevada 89519
(775) 786-6868
Fax (775) 786-9716